Thomas K. Price and others *v.* William Smith and another.

Appeal by the intervenor, from a judgment of the Commercial Court of New Orleans, *Watts*, J.

*Wharton*, for the plaintiffs.

*L. Peirce*, for the appellant.

Bullard, J. The only question which this case presents is one of fact, to wit, whether thirty-one bales of cotton, attached as the property of Hightower, one of the defendants, at the suit of the plaintiffs, belonged to him, or to the intervenor R. M. Farley, in whose name they were shipped.

The cotton was raised on the plantation of Hightower, and consequently was originally his property. The evidence does not show, that there was a sale to Farley, for a price either fixed, or to be fixed, so as to put the cotton at his risk. On the contrary, it would seem the parties still considered it at the risk of Hightower, and subject to his control. It was consequently liable to be attached by his creditors.

*Judgment affirmed.*